UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NICOLE CORSI GOULD,

                Plaintiff,                20 **CIVIL** 10798 (RWL)

    -v-                                     **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated October 19, 2021, that that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:**  New York, New York
          October 19, 2021

                                                              **RUBY J. KRAJICK**

                                                                **Clerk of Court**
                                         **BY:**    _/s/ Mango_
                                                                **Deputy Clerk**